IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **LEON SIMON,** | : | |
| Petitioner, | : | |
| v. | : | **CIVIL ACTION 09-0288-CG-M** |
| **ERIC HOLDER,** | : | |
| **JANET NAPOLITANO,** | | |
| **CHRISTOPHER SHANAHAN,** and | : | |
| **TOMMY BUFORD,** | | |
| | : | |
| Respondents. | | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this case be **DISMISSED** as **MOOT**.

**DONE and ORDERED** this 20th day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE