IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **LEON SIMON,** | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION 09-0288-CG-M |
| **ERIC HOLDER,** **JANET NAPOLITANO,** | : | |
| **CHRISTOPHER SHANAHAN, and** **TOMMY BUFORD,** | : | |
| | : | |
| Respondents. | | |

## **JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondents Eric Holder, Janet Napolitano, Christopher Shanahan, and Tommy Buford and against Petitioner Leon Simon.

**DONE and ORDERED** this 20th day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE